# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAQUAVIA HARRIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RUST-OLEUM CORPORATION, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 21-CV-01376 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby jointly file this Stipulation of Dismissal with Prejudice, with each party to bear their own costs, as all matters between Plaintiff and Defendant have been fully and finally resolved.

Dated: August 3, 2022

Respectfully submitted,

**WILLIAMS DIRKS DAMERON LLC**

*/s/ Matthew L. Dameron*
Matthew L. Dameron (MO Bar No. 52093)
admitted *pro hac vice*
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone:   (816) 945-7135
Facsimile:   (816) 945-7118
matt@williamsdirks.com

Trent B. Miracle (IL 6281491)
Eric Johnson (IL 6301759)
**SIMMONS HANLY CONROY LLC**
One Court Street
Alton, Illinois 62002
Phone: (618) 259-2222
Fax:   (618) 259-2251
tmiracle@simmonsfirm.com
ejohnson@simmonsfirm.com

Jay Barnes (57583)
**SIMMONS HANLY CONROY LLC**

231 South Bemiston Avenue, Suite 525
St. Louis, Missouri 63105
Phone: (618) 259-2222
jaybarnes@simmonsfirm.com

Peter Goss (MO Bar No. 57933)
*pro hac vice forthcoming*
**THE GOSS LAW FIRM, P.C.**
1501 Westport Road
Kansas City, Missouri 64111
Telephone: (816) 839-6452
Facsimile: (816) 336-1310
pgoss@goss-lawfirm.com

*Counsel for Plaintiff and the Proposed Classes*


Charles W. Steese #26924CO
IJay Palansky #53431CO
Alec Harris #47547CO
Ashleigh Kaspari #53989CO
**ARMSTRONG TEASDALE LLP**
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
(720) 200-0676
(720) 200-0679 (fax)
csteese@atllp.com
ipalansky@atllp.com
aharris@atllp.com
akaspari@atllp.com

Anthony J. Monaco
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, Illinois 60611
Office: 312-321-9100
Fax: 312-321-0990
amonaco@smbtrials.com

*Attorneys for Defendant*